SEALED BY ORDER OF THE COURT

FILED

JAN 26 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PRICE THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>JERRY BROWN, et al.,<br><br>Defendants. | Case No.  15-cv-00270-KAW<br><br>**SUA SPONTE REFERRAL FOR THE PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case to Judge Susan Illston to consider whether it is related to *Thomas v. Shaffer*, C-13-04861-SI.

**IT IS SO ORDERED.**

Dated: 01/26/15

Kandis Westmore
KANDIS A. WESTMORE
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PRICE THOMAS,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>JERRY BROWN, ET AL,<br><br>　　　　Defendant(s).<br>_____ / | No. C 15-0270 KAW<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Gary Price Thomas**
2423 McBride Lane #6
Santa Rosa, CA 94503


RICHARD W. WIEKING, CLERK

BY: _/s/ Susan Imbriani_____
　　Susan Imbriani, Courtroom Deputy