UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PRICE THOMAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JERRY BROWN, *et al*.,<br><br>    Defendants. | Case No. 15-cv-00270-SI<br>*SEALED*<br><br>**ORDER UNSEALING CASE** |

This case was opened as a sealed case. The Court is informed that the case was opened as such based upon plaintiff's representation that the case arises under the False Claims Act. The Court has reviewed the complaint and finds that the complaint does not allege any claims under the False Claims Act, and that there is no basis for sealing this case.

Accordingly, the Court directs the Clerk to unseal this action.

**IT IS SO ORDERED**.

Dated: February 3, 2015

_____
SUSAN ILLSTON
United States District Judge