UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY PRICE THOMAS,

    Plaintiff,

    v.

JERRY BROWN, *et al.*,

    Defendants.

Case No. 15-cv-00270-SI

**ORDER CONTINUING APRIL 24, 2015 CASE MANAGEMENT CONFERENCE TO JULY 10, 2015 AT 2:30 P.M.; ORDER RE: SERVICE OF COMPLAINT AND SUMMONS ON DEFENDANTS**

Plaintiff filed this lawsuit on January 20, 2015. Rule 4(m) of the Federal Rules of Civil Procedure provides that service of the summons and complaint must be made upon defendants within 120 days of filing the complaint. To date, no proof of such service has been filed, nor has any defendant appeared in the action. As such, the Court finds that it would not be fruitful to hold the initial case management conference scheduled for April 24, 2015. The initial case management conference is continued to July 10, 2015 at 2:30 PM.

Plaintiff is hereby advised that Rule 4(m) provides that, absent a showing of good cause, "[i]f a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. Proc. 4(m).[1]

**IT IS SO ORDERED.**

Dated: April 8, 2015

SUSAN ILLSTON
United States District Judge

---

[1] The Court notes that this case is related to *Thomas v. Sonoma County et al.*, C 12-5607 SI and *Thomas v. Shaffer et al.*, C 13-4861 SI, and that the prior cases were dismissed on numerous grounds, including the *Rooker-Feldman* doctrine and immunity.