UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY PRICE THOMAS,

    Plaintiff,

    v.

JERRY BROWN, *et al*.,

    Defendants.

Case No. 15-cv-00270-SI

**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO SERVE DEFENDANTS WITH PROCESS**

    Plaintiff filed this lawsuit on January 20, 2015. Although summonses for each defendant were issued on that date, no proofs of service have yet been filed nor has any defendant made an appearance in this case.

    On April 8, 2015, the Court issued an order continuing the date of the initial Case Management Conference from April 24, 2015 to July 10, 2015, and advising plaintiff of the deadlines for service of process in Rule 4(m) of the Federal Rules of Civil Procedure. The 120 day deadline in Rule 4(m) expired on May 10, 2015.

    Plaintiff neither sought nor received any extensions of time to serve the defendants in this matter, nor has he otherwise contacted the Court in the interim. Accordingly, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this action is DISMISSED without prejudice for failure to serve defendants with process. The Case Management Conference set for July 10, 2015 is VACATED.

**IT IS SO ORDERED.**

Dated: June 24, 2015

                                                                   SUSAN ILLSTON
                                                                   United States District Judge