UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY PRICE THOMAS,

    Plaintiff,

    v.

JERRY BROWN, *et al*.,

    Defendants.

Case No. 15-cv-00270-SI

**JUDGMENT**

This action has been dismissed without prejudice for failure to serve defendants with process. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: June 24, 2015

    _____
    SUSAN ILLSTON
    United States District Judge